UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMALLE DONNTAI GIBSON,**

   Plaintiff,

v.                                      No. 4:22-CV-00173-P

**DAVID C HAGERMAN ET AL.,**

   Defendants.

## ORDER

The United States Magistrate Judge issued an Order Recommending Dismissal and returned the case to this Court. ECF No. 17. Plaintiff timely objected to the Magistrate Judge's recommendation. ECF No. 18. After reviewing the Recommendation, the Court fully **ADOPTS** the reasoning in the Magistrate Judge (ECF No. 17) and **OVERRULES** Plaintiffs' Objection (ECF No. 18).

It is therefore **ORDERED** that this case is dismissed without prejudice for failure to comply with the Court's orders. As such, Defendant's Motion to Dismiss (ECF No. 23) and Plaintiff's Motion for Default Judgment (ECF No. 28) are both denied as moot.

**SO ORDERED** on this **30th day of November, 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE